IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID R. BURT, *et al.*  *

      **Plaintiff(s)**

                           *  Case No.: 1:12-cv-00464-ELH

  vs.

                           *

WOLFGANG MAASBERG, *et al.*

      **Defendant(s)**  *

                     ******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __James M. Webster III__ , am a member in good standing of the bar of this Court. My bar number is __23376__  I am moving the admission of __Michael J. Fischer__ to appear *pro hac vice* in this case as counsel for __Plaintiffs David R. Burt and Janet H. Burt__.

     We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| New York (10/26/2005) | U.S. Court of Appeals for the Third Circuit (2/1/2007) |
| District of Columbia (6/12/2006) | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __zero__ times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.      The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.      Either the undersigned movant or __N/A__, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9.      We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| James M. Webster III | Michael J. Fischer |
| Printed Name | Printed Name |
| Kellogg, Huber, Hansen, Todd, Evans & Figel PLLC | Kellogg, Huber, Hansen, Todd, Evans & Figel PLLC |
| Firm | Firm |
| 1615 M Street, N.W. Suite 400 | 1615 M Street, N.W. Suite 400 |
| Address | Address |
| Washington, DC 20036 | Washington, DC 20036 |
| City, State, Zip Code | City, State, Zip Code |
| 202-326-7900 | 202-326-7900 |
| Telephone Number | Telephone Number |
| 202-326-7999 | 202-326-7999 |
| Fax Number | Fax Number |
| jwebster@khhte.com | mfischer@khhte.com |
| Email Address | Email Address |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system on November 20, 2012 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Michael J. Fischer
Michael J. Fischer