UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 9, 2014

MEMO TO COUNSEL RE: David R. Burt, et al. v. Wolfgang Maasberg, et al.
Civil No. JFM-12-464

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiffs' motion to compel.

It is unfortunate that you have not been able to resolve your discovery disputes. There certainly was basis for plaintiffs to file a motion to compel as they did. However, it seems to me that the best course of action to follow – in order for me to rule upon the merits of any discovery disagreement – is to deny plaintiffs' motion and extend the discovery deadline until January 16, 2015. As to Mr. Blair's notebook, I expect you to be able to reach an agreement in light of the fact that the notebook appears to be highly relevant to plaintiffs' claims.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge

BY _____ DEPUTY
AT BALTIMORE
CLERK'S OFFICE
2014 SEP -9 P 3:41
DISTRICT OF MARYLAND
U.S. DISTRICT COURT
FILED