FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 APR 14 PM 3: 16

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 14, 2015

MEMO TO COUNSEL RE: David R. Burt, et al. v. Wolfgang Maasberg, et al.
Civil No. JFM-12-464

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion to extend the discovery deadline.

Although it is not at all clear to me that plaintiffs have shown good cause for extending discovery that has already proceeded for ten months, a forty-five day extension does not appear unreasonable. Accordingly, the discovery deadline is extended to May 24, 2015. No further extensions will be granted.

The hearing scheduled for April 28, 2015 is rescheduled to June 5, 2015 at 10:00 am. I am postponing the hearing so that defendants' motion for summary judgment can be heard.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge