# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 14, 2015

MEMO TO COUNSEL RE:  David R. Burt, et al. v. Wolfgang Maasberg, et al.
Civil No. JFM-12-464

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion to unseal their proposed third amended complaint.

The motion is granted.  I strongly believe that as a general matter court records should be made available to the public.  It does not seem to me that the information in the third amended complaint "contains sensitive personal information, trade secrets or other confidential research, development, or commercial information which is in fact confidential."  Although courts must be careful not to permit their abuse by becoming a medium for scurrilous allegations, it does not seem to me that plaintiffs are guilty of any such abuse here.  In the final analysis, defendants have won on the substantive issues before me, and I, at least, have found that they are entitled to prevail.

I also am in receipt of Mr. Ulwick's letter of September 2, 2015, for which I thank him. In accordance with Mr. Ulwick's suggestion, I will defer resolution of the findings that 15 U.S.C. §78u-4(c)(1) requires that I make.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge